```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/10/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WISCONSIN AVENUE HOLDINGS, LLC,

        Plaintiff,

-against-

GBG USA, INC., f/k/a LF USA, INC.,

        Defendant.

21 Civ. 5169 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant has filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. ECF No. 14. Accordingly, this case is STAYED pending resolution of that matter. 11 U.S.C. § 362.

    Any party seeking to continue these proceedings should apply to the Bankruptcy Court for an order clarifying any applicability of the automatic stay and/or for relief from the stay. *See* 11 U.S.C. § 362(d). The parties shall jointly file with the Court a written report of the status of this action every three months, with the first such filing no later than **November 10, 2021**.

    SO ORDERED.

Dated: August 10, 2021
       New York, New York

                                      ANALISA TORRES
                                 United States District Judge